IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHABNAM BAIG, | : | Case No. _____ |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND CREDIT MANAGEMENT, INC., | : | |
| *Defendant*. | : | |
| | : | |

## NOTICE OF REMOVAL

Defendant, Midland Credit Management, Inc. ("Midland" or "Defendant"), by and through its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §1441(a). The grounds for this removal are set forth as follows:

1. On or about June 20. 20221, Plaintiff, Shabnam Baig ("Plaintiff"), filed a purported class action complaint (the "Complaint") in the Superior Court of New Jersey, Hudson County, entitled *Shabnam Baig v. Midland Credit Management, Inc.*, at Docket Number HUD-L-001994-221 (the "State Court Action").

2. Pursuant to § 1446(a), a copy of the summons, dated June 21, 2022, and Complaint, which constitute copies of all "process, pleadings, and orders" in the State Court Action, are attached hereto as **Exhibit 1**.

158411.01439/129175749v.1

3. Plaintiff's Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter, the "FDCPA"). Exhibit 1, Complaint at ¶¶ 43-52 (Count I).

4. Plaintiff's action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) because the Complaint alleges that Defendant violated the FDCPA.

5. Defendant was served with the Complaint on June 23, 2022.

6. This Notice of Removal is being timely filed on the first business day after the thirtieth (30th) day after Defendant's receipt of service of the Complaint, which was Saturday, July 23, 2022, as required by 28 U.S.C. §1446(b).

7. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Superior Court of New Jersey, Burlington County.

8. This Court is part of the "district and division" embracing the place where the Complaint was filed—Hudson County, New Jersey—and so this Court is the proper venue for removal.  28 U.S.C. § 1446(a).

9. A copy of the Notice of Filing of Notice of Removal, which is being timely filed with the clerk of the state court in which the action is pending (and which

will be served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d)), is attached hereto as **Exhibit 2**.

10. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

11. If Plaintiff seeks to remand this case, or this Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

**WHEREFORE,** Midland Credit Management, Inc. respectfully requests that this action be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

**BLANK ROME, LLP**

Dated: July 25, 2022

/s/ Jonathan Ball
Michael P. Trainor, Esq.
Jonathan F. Ball, Esq.
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel. (215) 569-5500
Fax (215) 832-5342
Email: michael.trainor@blankrome.com
         jonathan.ball@blankrome.com
*Counsel for Defendant,*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

  I, Jonathan F. Ball, hereby certify that a true and correct copy of the foregoing document was served upon the following individuals via electronic and regular mail on July 25, 2022.

Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
185 Cedar Lane – Suite U5
Teaneck, NJ  07666
rlg@lawgmf.com

*Attorney for Plaintiff*

_____
Jonathan F. Ball